497 A.2d 1330

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Bruce CARSIA.**

Supreme Court of Pennsylvania.

Sept. 6, 1985.

Petition for Allowance of Appeal GRANTED, No. 68 W.D.Appeal Docket 1985.